UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCOTT McCLINTOCK,<br><br>Plaintiff,<br><br>v.<br><br>G. VALENCIA, et al.,<br><br>Defendants. | No. 2:21-cv-00850-TLN-EFB<br><br><br><br>**ORDER** |

    Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 27, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 24.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 26.)

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 27, 2022 (ECF No. 24) are ADOPTED in full; and

2. This action is DISMISSED without prejudice for the reasons set forth in the May 24, 2022 Screening Order (ECF No. 22).

**DATED: August 15, 2022**

Troy L. Nunley
United States District Judge

2